UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YULIA B. NEFEDOVA, ET AL.,

        Plaintiffs,

-vs-                                    Case No.  8:05-cv-1375-T-24TGW

ALBERTO GONZALEZ, ET AL.,

        Defendants.

_____/

**ORDER**

This cause comes before the Court on Plaintiff Yulia B. Nefedova's Notice of Voluntary Dismissal (Doc. No. 7).  Plaintiff Yulia B. Nefedova requests that this Court dismiss the instant case with prejudice as to all Defendants.  On December 16, 2005, Plaintiffs' counsel telephonically advised this Court that this case should be dismissed in its entirety.

Having considered Plaintiff Yulia B. Nefedova's Notice of Voluntary Dismissal (Doc. No. 7), and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that this action is dismissed with prejudice.  The Clerk is directed to close this case and terminate all pending motions.

**DONE** and **ORDERED** at Tampa, Florida, this 16th day of December, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record